UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:20-cr-00299-JPH-TAB ) |
| ROYEON SPELLS, | ) -01 ) |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Kellie M. Barr's Report and Recommendation and all findings therein, dkt. [72]. The Court now **ORDERS** that Royeon Spells' supervised release is therefore **REVOKED**, dkt. [66], and Mr. Spells is sentenced to the custody of the Attorney General or his designee for imprisonment of twelve months with no supervision to follow. Violation number 1 and 2 is **DISMISSED**.

Mr. Spells has already served fourteen months in custody for a state charge of which he was ultimately acquitted. Dkt. 71 at 2. Both parties agreed that the fourteen months in custody for the state charge applies to the twelve-month sentence imposed here. *Id.* The Court therefore **ORDERS** Mr. Spells' immediate release, subject to any detainer from another court.

**SO ORDERED.**

Date: 1/22/2026

_James Patrick Hanlon_
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C